**No. 45868.**—Protests 587772–G, etc., of American Straw Goods Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is wool hoods and similar merchandise to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 45869.**—Protests 813870–G, etc., of Bernard Krulwich & Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to the wool hat bodies passed upon in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE SECOND DIVISION, MAY 20, 1941

**No. 45870.**—Protests 16686–K, etc., of E. C. Carter & Son et al. (New York)

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 45871.**—Protest 899386–G of Pacific Commercial Co. (Los Angeles).

Opinion by KINCHLOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 45872.**—Protests 23338–K, etc., of Stewart & Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45873.**—Protests 3033–K, etc., of R. H. Macy & Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45874.**—Protest 57525–K of Alfred Schneier & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the bottle caps in question are similar to those the subject of *Cribari* v. *United States* (1 Cust. Ct. 19, C. D. 6). They were therefore held dutiable at only 25 percent under paragraph 390 and the trade agreement with the United Kingdom.